UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ROBERT L. TOLAR

VERSUS

GREIF, INC.

CIVIL ACTION

NO. 12-6-FJP-SCR

O P I N I O N

    The Court has independently reviewed the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] and reply[3] were filed, the Court hereby finds that the Magistrate Judge was correct in recommending that the motion to remand should be denied. It does not matter what standard of review is applied by this Court in reviewing the report and recommendation of the Magistrate Judge. Under all standards of review which could be applied, the Magistrate Judge was correct as a matter of law under the facts of this case to recommend that plaintiff's motion to remand be denied.

    The Court finds that there is complete diversity of citizenship between the plaintiff and the defendant, and the amount

---

[1] Rec. Doc. No. 14.

[2] Rec. Doc. No. 16.

[3] Rec. Doc. No. 17.

Doc#47740

in controversy required by § 1332 is present. The defendant has also shown that the removal was objectively reasonable.

Therefore:

IT IS ORDERED that the plaintiff's motion to remand be denied.

Baton Rouge, Louisiana, March 1, 2012.

                                     FRANK J. POLOZOLA
                                     MIDDLE DISTRICT OF LOUISIANA

Doc#47740